| | |
|---|---|
| James P. Wagoner, #058553<br>Patrick Fredette, #207284<br>McCORMICK, BARSTOW, SHEPPARD<br>WAYTE & CARRUTH LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:    (559) 433-1300<br>Facsimile:     (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant
AIG PREMIER, INC., wrongfully sued herein as
AMERICAN INTERNATIONAL GROUP, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN J. MINICH,<br><br>                    Plaintiff,<br><br>       v.<br><br>AMERICAN INTERNATIONAL GROUP, INC. and Does 1 through 25, inclusive,<br><br>                    Defendants. | Case No.  1:05-CV-1516-OWW SMS<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT TO PERMIT THE PARTIES TO CONCLUDE SETTLEMENT DISCUSSIONS** |

The following Stipulation is entered into between Plaintiff JOHN J. MINICH ("MINICH") and Defendant AIG Premier, Inc. ("AIG PREMIER"), wrongfully sued herein as American International Group, Inc. MINICH and AIG PREMIER (collectively "the Parties") hereby agree and stipulate as follows:

1. MINICH filed his Complaint in this matter on September 1, 2005 in the Superior Court of California for the County of Madera and served AIG PREMIER on October 26, 2005.

2. AIG PREMIER removed this action to the United States District Court for the Eastern District of California on November 23, 2005.  Pursuant to Federal Rules of Civil Procedure 6(a) and 81(c), AIG PREMIER must respond to the Complaint on or before December 1, 2005.

1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER OR PRESENT OTHER DEFENSES OR OBJECTIONS

Dockets.Justia.com

3. The Parties reached a tentative agreement to settle the captioned action and release the claims relating thereto, and are currently negotiating the terms of the settlement agreement and release.

4. The Parties anticipate finalizing and executing the settlement agreement and release in the next 30 days, and thereafter entering with this Court a Fed.R.Civ.P. 41 dismissal.

5. In order to facilitate the settlement discussions, and avoid unnecessary expenses in doing so, the Parties respectfully request a 30-day extension of time for AIG PREMIER to respond to the Complaint.

Dated:  November 29, 2005               McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH, LLP


                                        By: /s/ Patrick Fredette
                                             James P. Wagoner
                                             Patrick Fredette
                                             Attorneys for Defendant
                                        AIG PREMIER INSURANCE, wrongfully
                                         sued herein as American International
                                                    Group, Inc.


Dated:  November 29, 2005               LAW OFFICES OF RICHARD L. MOSER


                                        By: /s/ Richard L. Moser
                                             Richard L. Moser, Esq.
                                             Attorney for Plaintiff
                                             JOHN J. MINICH

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

2

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER OR PRESENT OTHER DEFENSES OR OBJECTIONS

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby issues an Order extending by 30 days the time for AIG Premier, Inc., wrongfully sued herein as American International Group, Inc., to respond to the complaint from December 1, 2005 to January 2, 2006.

IT IS HEREBY ORDERED.

Dated: __December 1, 2005_                     /s/ OLIVER W. WANGER_____
                                               District Court Judge

889801.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST

3

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
ANSWER OR PRESENT OTHER DEFENSES OR OBJECTIONS