UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN J. MINICH, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-1516 OWW SMS |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN INTERNATIONAL GROUP, FRESNO, | ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the Dismissal filed by the plaintiff, and no appearance having yet been made by the defendant, this action is dismissed with prejudice.

Dated: Jan. 27, 2006                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1